LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MONICA JEAN MOORE,<br><br>  Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br><br>  Defendant. | No.  CV 12 - 07031 RZ<br><br>[<s>PROPOSED</s>] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of THREE THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($3,400.00) <s>subject to the terms of the stipulation.</s>

DATE:  September 16, 2013     _____
                                      HON. RALPH ZAREFSKY
                                      UNITED STATES MAGISTRATE JUDGE

_____

[1] Ms. Colvin was appointed Acting Commissioner by President Obama on February 14, 2013, and is substituted as a party defendant in this case in accordance with Fed. R. Civ. P. 25(d).

-1-